**Denise L. WILSON, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–36059.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 24, 2006.*

Filed Nov. 8, 2006.

John E. Seidlitz, Jr., Esq., Seidlitz Law Office, Great Falls, MT, for Plaintiff–Appellant.

George F. Darragh, Jr., Esq., Office of the U.S. Attorney, Great Falls, MT, William T. Dawson, Esq, Social Security Administration General Counsel's Office, Region VIII, Denver, CO, for Defendant–Appellee.

Before: KOZINSKI and FERNANDEZ, Circuit Judges, and CARNEY,** District Judge.

MEMORANDUM ***

We **AFFIRM** for substantially the same reasons as the district court.

* This panel unanimously finds this case suitable for decision without oral argument. *See* FED. R.APP. P. 34(a)(2).

** The Honorable Cormac J. Carney, United States District Judge for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.